# SUPERIOR COURT
## OF THE
## STATE OF DELAWARE

ABIGAIL M. LEGROW
JUDGE

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801
TELEPHONE (302) 255-0669

August 31, 2017

Richard L. Abbott, Esquire
Abbott Law Firm
724 Yorklyn Road, Suite 240
Hockessin, DE 19707

John A. Sergovic, Jr., Esquire
Sergovic Carmean Weidman McCartney
& Owens, P.A.
406 South Bedford Street, Suite 1
Georgetown, DE 19947

RE: **Lawrence E. Mergenthaler v. Triumph Mortgage Corp.**
**C.A. No. 09C-09-203 AML**

Dear Counsel,

It recently has come to my attention that Judge Graves issued a decision in a judgments case, *Evans v. G-33, Inc.*, which directly addresses the issue raised in Triumph Mortgage Corporation's appeal of the Commissioner's report and recommendation in the above-captioned matter ("Triumph's Appeal").[1] The party in *Evans* has appealed this Court's decision and that appeal presently is pending before the Delaware Supreme Court.[2] In the interest of efficiency and judicial economy, Triumph's Appeal hereby is stayed until the Delaware Supreme Court issues its decision in *Evans*. **IT IS SO ORDERED.**

Very truly yours,

Abigail M. LeGrow, Judge

Enclosure
Original to Prothonotary
cc: Benjamin P. Chapple, Esquire

---

[1] *See Evans v. G-33, Inc.*, C.A. No. SS08J-03-068 (Del. Super. June 1, 2017) (LETTER OPINION). Because the dockets in judgments cases are difficult to access, a copy of that decision is attached for the parties' reference.

[2] *Evans v. G-33, Inc.*, No. 248, 2017 (NOTICE OF APPEAL).